ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
ERICA J. CHEE
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants*
*Vanguard Integrity Professionals, Inc. and*
*Vanguard Integrity Professionals – Nevada, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA J. REGA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>VANGUARD INTEGRITY PROFESSIONALS, INC., a Nevada Corporation; and VANGUARD INTEGRITY PROFESSIONALS – NEVADA, INC., a Nevada Corporation,<br><br>Defendants. | Case No.: 2:17-cv-00110-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE WITH PREJUDICE**<br><br>ECF No. 43 |

IT IS HEREBY STIPULATED by and between Defendants Vanguard Integrity Professionals, Inc. and Vanguard Integrity Professionals – Nevada, Inc. (collectively, "Defendants"), by and through their counsel and Plaintiff Barbara J. Rega ("Plaintiff"), in pro se, that all claims Plaintiff had or may have had against Defendants, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

Each party is to bear their own fees and costs.

DATED this 24th day of October, 2017.                    DATED this 24th day of October, 2017.

                                                          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Barbara J. Rega*                                     /s/ *Erica J. Chee*

Barbara J. Rega                                           Anthony L. Martin
9837 Iris Valley Street                                   Nevada Bar No. 8177
Las Vegas, NV 89178                                       Erica J. Chee
*In pro se*                                               Nevada Bar No. 12238
                                                          3800 Howard Hughes Parkway, Suite 1500
                                                          Las Vegas, NV 89169
                                                          *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. DISTRICT COURT JUDGE

DATED: 10-24-17